UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN HARGRAVE-ALOMAJA,<br>　　Plaintiff,<br>　　　vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>　　Defendant. | CIVIL NO. 5:18-cv-01393<br><br>**JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 04/04/2019　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE